IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:

**MAROTA, BERNINI G.**
**MAROTA, CARI L.**

Case No. BK-04-23134-BH
Chapter 7

**Debtor.**

### TRUSTEE'S REPORT OF UNCLIMED FUNDS REMITTED TO THE COURT

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 remits all unclaimed from the above captioned bankruptcy case to the Court Clerk.

| Creditor | Claim Number | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Oklahoma Tax Commission** | 1 | $13.65 | $3.88 |
| **TOTAL:** | | | **$3.88** |

All checks made payable to the Court Clerk on September 12, 2006.

s/SUSAN MANCHESTER

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE